In the Matter of EDWARD SAHR et al., as Administrators of the Estate of NORMAN A. SAHR, Deceased, Respondents, against CITY OF NORTH TONAWANDA, Appellant.

Argued May 17, 1938; decided May 31, 1938.

*Franklin R. Brown* for appellant.

*Clayton M. Smith* and *Augustine A. Mosco* for respondents.

Order affirmed, with costs; no opinion.

Concur: O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: LEHMAN, J. Taking no part: CRANE, Ch. J.